Bevin Allen Pike (SBN 221936)
Bevin.Pike@capstonelawyers.com
Daniel S. Jonathan (SBN 262209)
Daniel.Jonathan@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Shealene P. Mancuso (SBN 331740)
Shealene.Mancuso@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

Attorneys for Plaintiff Kenneth Chiarito

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH CHIARITO, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>              Plaintiff,<br><br>       vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.: 2:22-cv-04662-GW (SKx)<br><br>*[Assigned to the Hon George H. Wu – Courtroom 9D]*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  February 15, 2022<br>Trial Date:          None<br>District Judge:    Hon. George H. Wu |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 40-2, Plaintiff Kenneth Chiarito and Defendant Home Depot U.S.A., Inc. hereby advise the Court and the Court Clerk that the Parties have reached a global settlement in principle of this case as to all claims. The Parties are in the process of formalizing a written settlement agreement memorializing the terms of their agreement.

Accordingly, the Parties request that the Court vacate the October 14, 2024 deadline for class certification briefing and the October 31, 2024 hearing on Plaintiff's Motion for Class Certification and all other deadlines, and stay all further proceedings pending settlement approval.

Dated: July 16, 2024,  Respectfully submitted,

CAPSTONE LAW APC

By: /s/ *Daniel S. Jonathan*
Bevin Allen Pike
Daniel S. Jonathan
Trisha K. Monesi

Attorneys for Plaintiff Kenneth Chiarito

Dated: July 16, 2024

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Aaron H. Cole*
Evan R. Moses
Aaron H. Cole
Omar M. Aniff

Attorneys for Defendant Home Depot U.S.A, Inc.

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I, Daniel S. Jonathan, hereby attest that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: July 16, 2024                    Capstone Law APC


                                        By: /s/ *Daniel S. Jonathan*
                                        Bevin Allen Pike