# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CHIARITO, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 22-4662-GW-SKx<br><br>**ORDER ON STIPULATION REMANDING ACTION TO SANTA CLARA COUNTY SUPERIOR COURT**<br><br>Complaint Filed: February 15, 2022<br>Trial Date: None<br>District Judge: Hon. George M. Wu<br>    Courtroom 9D, First St.<br>Magistrate Judge: Hon. Steve Kim<br>    Courtroom 540, Roybal |

# ORDER

Upon stipulation of the Parties, and for good cause appearing, the Court ORDERS as follows:

1. All dates presently on calendar for this matter are vacated; and
2. Plaintiff's case is remanded to the Santa Clara County Superior Court on the terms set forth in the Parties' stipulation.

**IT IS SO ORDERED.**

DATED: August 19, 2024

*[signature]*

HON. GEORGE H. WU,
United States District Judge